NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN W. GINGERY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3225

---

Petition for review of the Merit Systems Protection Board in case no. CH3330101038-I-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 14-day extension of time, until February 14, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 0 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stephen W. Gingery
     Lindsey Schreckengost, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2012

JAN HORBALY
CLERK